Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorney for RICHARD JOHNSON, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALBERT A. BERGER, an individual, and PAUL K. BERGER, an individual collectively d/b/a BURGER PIT; PAMELA S. KELLEY, an individual, RANDY A. KELLEY, an individual; and DOES 1-20,<br>　　　　　　Defendants.<br><br>. | Case No. 15-cv-04632-LB<br><br>*Civil Rights*<br><br>**CERTIFICATION BY PLAINTIFF THAT AGREED CONSIDERATION HAS NOT BEEN DELIVERED**<br><br>**AND**<br><br>**REQUEST THAT ORDER OF CONDITIONAL DISMISSAL BE VACATED AND CASE BE RESTORED TO CALENDAR**<br><br>ORDER |

CERTIFICATION BY PLAINTIFF THAT AGREED UPON CONSIDERATION HAS NOT BEEN DELIVERED
AND
REQUEST THAT CONDITIONAL DISMISSAL BE VACATED AND CASE RESTORED TO CALENDAR
Page 1 of 2

**FACTS**

On June 23, 2016 an ADR session was held between plaintiff and Defendants. A settlement was entered into by the parties and the case was deemed settled. Plaintiff RICHARD JOHNSON (hereafter "Plaintiff") herby certifies through his legal representative, Kenneth J. Pinto, that he entered into a settlement agreement with Defendants ALBERT A. BERGER, an individual, and PAUL K. BERGER, an individual collectively d/b/a BURGER PIT; and PAMELA S. KELLEY, an individual, RANDY A. KELLEY, an individual(hereafter "Defendants") via their legal representative Samuel Phillips; with terms that the agreed consideration was due 20 business days from June 23, 2016. (July 21, 2016) Plaintiff further certifies that July 21, 2016 has passed and no agreed upon consideration has been provided to Plaintiff by the Defendant(s).

Plaintiff believes the conditional order of dismissal should be vacated and that the matter should be restored to the court calendar and set for further proceedings as the court deems proper.

DATED: August 01, 2016           By:/s/  Kenneth J. Pinto
                                 KENNETH J. PINTO
                                 Attorney for Plaintiff RICHARD JOHNSON

**ORDER**

PURSUANT TO ORDER OF CONDITIONAL DISMISSAL, IT IS SO ORDERED.

(1)   The order for conditional dismissal is hereby vacated.

(2)   The case is restored to the court's calendar.

(3)   The matter is to be set for further proceedings as the court deems proper.

The court sets the case for a Case Management Conference on August 18, 2016 at 11:00 a.m. and directs the filing of a Joint Case Management Statement by August 11, 2016.

Dated: August __2____, 2016      By:  _____
                                 Laurel Beeler
                                 United States Magistrate Judge
                                 United States District Court
                                 Northern District of California