Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JOHNSON<br>    Plaintiff,<br><br>vs.<br><br>ALBERT A. BERGER, an individual, and PAUL K. BERGER, an individual collectively d/b/a BURGER PIT; PAMELA S. KELLEY, an individual, RANDY A. KELLEY, an individual; and DOES 1-20,<br>    Defendants. | **Case No. Case No. 3:15-CV-04632 LB**<br><br>*Civil Rights*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~PROPOSED~~) ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |

   Plaintiff RICHARD JOHNSON and Defendants ALBERT A. BERGER, an individual, and PAUL K. BERGER, an individual collectively d/b/a BURGER PIT; PAMELA S. KELLEY, an individual, RANDY A. KELLEY, an individual by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§

1  41(a)(1)(ii) and (2). Plaintiff filed this lawsuit on October 06, 2015. Defendants, who have answered

2  the complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that

3  each side shall pay its own attorneys' fees and costs.

4     This case is not a class action, and no receiver has been appointed.

5     Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

7  DATED: August 31, 2016        By:*/s/* _____
8                                         KENNETH J. PINTO
                                       Attorney for Plaintiff RICHARD JOHNSON

10 DATED: August 31, 2016        BY: /s/ _____
11                                        SAMUEL L. PHILLIPS
                                       ATTORNEY FOR DEFENDANTS ALBERT A.
                                       BERGER, an individual, and PAUL K. BERGER, an
                                       individual collectively d/b/a BURGER PIT; PAMELA S.
                                       KELLEY, an individual, RANDY A. KELLEY, an
                                       individual

### ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The lawsuit against Defendants is dismissed with prejudice.

2. The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND GENERAL RELEASE.

3. Each side shall pay its own attorneys' fees and costs.

Dated: September 13, 2016          _____
                                   The Honorable Laurel Beeler United States
                                   District Court Magistrate Judge